ABE FRANK, Doing Business as A. B. FRANK, Respondent, v. PENNSYLVANIA RAILROAD, Appellant, et al., Defendant.

Supreme Court, Appellate Term, First Department, April 12, 1962.

*Bleakley, Platt, Schmidt, Hart & Fritz (Dennis P. Donovan* and *Michael J. Shalley* of counsel), for appellant. *Zelman & Zelman (Benjamin M. Zelman* of counsel), for respondent.

*Per Curiam.* It was an improvident exercise of discretion to deny an application for interrogatories to obtain essential testimony of two witnesses residing outside the State when the defendant found that they would not appear for trial as anticipated.

The order should be reversed, with $10 costs, and motion granted.

Concur — HOFSTADTER, J. P., GOLD and CAPOZZOLI, JJ.

Order reversed, etc.